**Opinion issued July 9, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-24-00245-CV**

———————————

**IN THE MATTER OF D. L. A., Appellant**

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-01508J**

---

**MEMORANDUM OPINION**

This is an appeal by a juvenile from a final judgment signed March 25, 2024. On June 15, 2024, appellant filed a motion to dismiss this appeal because the trial court signed an order granting a motion to nonsuit this case on April 1, 2024. No opposition to this request was received.

Accordingly, the motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Any other pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.